# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| CARLISS ELWOOD MALPASS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-CV-1368-HEA |
| ) | |
| N. GLORE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER TO MOVE FOR CLERK'S ENTRY OF DEFAULT

This matter is before the Court upon review of the file. On July 16, 2021, defendant Nathan Glore was served with process. He had twenty-one days therefrom to file an answer to the Amended Complaint. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). To date, however, he has neither answered the Amended Complaint nor otherwise appeared in this matter.

Therefore,

**IT IS HEREBY ORDERED** that plaintiff shall, within thirty (30) days of the date of this Order, file a motion for the Clerk's entry of defendant Nathan Glore's default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that the Clerk shall mail a copy of this Order, along with plaintiff's Amended Complaint (ECF No. 7) and this Court's June 3, 2021 order (ECF No. 10) to defendant Nathan Glore at the address specified on the Process Receipt and Return (ECF No. 19).

**Plaintiff's failure to comply with this Order may result in the dismissal of defendant Nathan Glore from this action, without prejudice and without further notice.**

Dated this 16th day of August, 2021.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE